IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVIE BOYD, | Civil No. 3:16-cv-1262 |
| Plaintiff | (Judge Mariani) |
| v. | |
| DOCTOR JOHN LISIAK, DOCTOR HARESH PANDYA, NELSON IANNUZZI, | |
| Defendants | |

## ORDER

**AND NOW**, this 17th day of August, 2017, upon consideration of Plaintiff's motions (Docs. 16, 18) to appoint counsel, and in accordance with the Court's Memorandum issued this date, **IT IS HEREBY ORDERED THAT** the motions (Docs. 16, 18) to appoint counsel are **DENIED WITHOUT PREJUDICE**.

Robert D. Mariani
United States District Judge